IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Schwana Debnam | : | |
| Debtor | : | No. 19-16004-AMC-MDC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on July 6, 2020, on the Chapter 13 Standing Trustee, Scott F. Waterman, Esq., by electronic mail, and upon all creditors by first class mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
Dated: 7/6/20         215-625-9600