IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     Chapter 13

Schwana Debnam                  :     No.  19-16004-AMC
  Debtor

**<u>PRAECIPE  TO  WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Claim #7-1 filed on 7/28/2020.

                    /s/ David M. Offen
                    David M. Offen, Esquire
                    Curtis Center, 1st Fl., Ste. 160 W
                    601 Walnut Street
                    Philadelphia, PA  19106
                    215-625-9600

Dated:  September 1, 2020